# UNITED STATES DISTRICT COURT
## District of Minnesota

Ijeoma Miriam Chanthavong,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
Marcos Charles, Eric Klang,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04770-JMB-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Ijeoma C.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is DENIED; and
2. This action is DISMISSED WITHOUT PREJUDICE.
3. The Court STAYS this judgment pending any future Notice of Appeal and resolution of such appeal.
4. The Court's previously ordered injunctive relief enjoining Respondents from transferring Petitioner out of the District REMAINS IN EFFECT through the time to file a Notice of Appeal of this Order, and if Petitioner appeals, through resolution of appeal.[5] Alternatively, Petitioner may also seek release pending appeal by filing a formal motion for release with or without surety pursuant to Federal Rule of Appellate Procedure 23(b).

Date: 1/14/2026

KATE M. FOGARTY, CLERK

[5] The Court also determines that a bond pending appeal is not necessary because the Petition

seeks to prevent constitutional deprivations and because Respondents face no identifiable risk of monetary loss. A bond is also not necessary because this matter is closely associated with important public interests. *See, e.g., Richland/Wilkin Joint Powers Auth. v. U.S. Army Corps of Eng'rs,* 826 F.3d 1030, 1043 (8th Cir. 2016).