# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ijeoma Miriam Chanthavong, | Case No. 25-CV-04770 (JMB/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *US Attorney General*; Kristi Noem, *US Department of Homeland Security, Secretary*; Todd M. Lyons, *U.S. Immigration & Customs Enforcement, Acting Director*; Marcos Charles, *Enforcement and Removal Operations, Acting Executive Associate Director*; and Eric Klang, *Sheriff, Crow Wing County Jail*, | |
| Respondents. | |

This matter is before the Court on Petitioner Ijeoma Miriam Chanthavong's application to proceed in forma pauperis in her appeal of this Court's January 13, 2026 Order and Judgment denying her petition for a writ of habeas corpus. (Doc. No. 19, 21.) After review of the IFP application, the Court concludes that Chanthavong financially qualifies for IFP status. Moreover, although the Court is satisfied that Chanthavong's petition was denied appropriately, her appeal is not taken in bad faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, the IFP application will be granted.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the application to proceed in forma pauperis on appeal of Petitioner Ijeoma Miriam Chanthavong (Doc. No. 19, 21) is GRANTED.

1

Dated:  March 25, 2025

s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court